IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ROGER LISTER,<br><br>    Plaintiff,<br><br>    v.<br><br>ASPLUNDH TREE EXPERT CO. and<br>ASPLUNDH TREE EXPERT, LLC,<br><br>    Defendants. | Case No. |

## NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1441 and 1446, Defendants, Asplundh Tree Expert Co. and Asplundh Tree Expert, LLC, ("Defendant"), hereby file this Notice of Removal of this case from the Penobscot County Superior Court, State of Maine, Case No. PENSC-CIV-2020-148, where it is currently pending, to the United States District Court for the District of Maine.

1. This is a civil action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331, as Plaintiff alleged federal claims arising under the laws of the United States of America, including violations of the Americans with Disabilities Act of 1990 ("ADA") and violations of the Family Medical Leave Act, ("FMLA"), 29 U.S.C. § 2615. Plaintiff's Complaint may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a).

2. Plaintiff instituted this civil action in the Androscoggin County Superior Court, on or about December 8, 2020. *See* Exhibit A, Complaint.

3. Asplundh Tree Expert Co. and Asplundh Tree Expert, LLC accepted service of a copy of the Complaint on January 6, 2021. A true and correct copy of all process, pleadings and orders served on Defendant is attached hereto as Exhibit "B" and incorporated herein by reference. *See* Exhibit B.

4. Pursuant to Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after service of the initial pleadings on which the aforesaid action is based.

5. No further pleadings have been filed in the state court action.

6. The United States District Court for the District of Maine is the federal judicial district embracing the Penobscot County Superior Court, State of Maine, where this suit was originally filed. Venue is therefore proper under 28 U.S.C. §§ 99 and 1441(a).

7. This Court has original federal question jurisdiction over this case under 28 U.S.C. § 1331, as Plaintiff's Complaint alleges federal ADA and FMLA claims arising under the laws of the United States of America.

8. Plaintiff also alleges disability discrimination, retaliation and failure to accommodate in violation of the Maine Human Rights Act ("MHRA"), under 5 M.R.S.A. § 4572. The Court has supplemental jurisdiction over these claims as they are so related to Plaintiff's federal claims within the Court's original federal question jurisdiction that they form part of the same case or controversy pursuant to 28 U.S.C. § 1367.

9. Defendant is filing a copy of this Notice of Removal with the Penobscot County Superior Court, Maine, as provided by law, and Defendant will send written notice to Plaintiff's counsel. *See* Exhibit C, State Court Notice.

10. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

11. The allegations of this Notice of Removal are true and correct and this cause is removable to the United States District Court for the District of Maine.

12. If any question arises as to the propriety of the removal of this action, Defendant respectfully requests the opportunity to present a brief and oral argument in support of removal.

**WHEREFORE,** Defendant, by and through counsel, and through the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with the clerk of the Penobscot County Superior Court, State of Maine, effect the removal of said action to this Honorable Court.

Dated: February 5, 2021.

    Respectfully submitted,

    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

    */s/ Aimee B. Parsons*
    Aimee B. Parsons, Bar No. 6395
    Two Monument Square, Suite 703
    Portland, ME  04101
    aimee.parsons@ogletree.com
    Telephone:  207-387-2985

    **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I, Aimee B. Parsons, hereby certify that I electronically filed the foregoing document using the CM/ECF system on the date noted below, which will send notification of such filing to the following:

    Trevor Brice, Esquire
    Benjamin J. Wyatt, Esquire
    Michael Varraso, Esquire
    THE LAW OFFICES OF WYATT
    & ASSOCIATES PLLC
    17 Elm Street, Suite C211
    Keene, NH  03431

Dated:  February 5, 2021

                                      */s/ Aimee B. Parsons*
                                      Aimee B. Parsons