## EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ROGER LISTER,<br><br>  Plaintiff,<br><br>  v.<br><br>ASPLUNDH TREE EXPERT LLC,<br><br>  Defendant. | Case No.  1:21-cv-00048-LEW |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate to the dismissal of Plaintiff's Complaint with prejudice and without costs or attorney's fees to any party.

Respectfully submitted,

ROGER LISTER

By his attorney,

*/s/ Trevor R. Brice*
Trevor R. Brice, Bar No. 6489
Law Offices of Wyatt & Associates, PLLC
63 Emerald Street, PMB #603
Keene, NH  03431
Telephone: 603.357.1111
trevor@wyattlegalservices.com

ASPLUNDH TREE EXPERT CO.

By its attorney,

*/s/ Aimee B. Parsons*
Aimee B. Parsons, Bar No. 6395
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Two Monument Square, Suite 703
Portland, ME  04101
Telephone: 207.387.2985
aimee.parsons@ogletree.com

## CERTIFICATE OF SERVICE

I hereby certify that on this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on September 29, 2021.

Trevor R. Brice, Esq.
Law Offices of Wyatt & Associates, PLLC
63 Emerald Street, PMB #603
Keene, NH  03431
trevor@wyattlegalservices.com

*/s/ Aimee B. Parsons*
Aimee B. Parsons